IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-603-FDW-DCK

| BERNINI HOLDINGS, LLC, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| RICKY L ROBERTS, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** regarding a discovery dispute between the parties. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Following a request by Defendant's counsel, and in accordance with the "Case Management Order" (Document No. 18, p. 5), the undersigned held a telephone conference on February 23, 2021. The underlying dispute involved Plaintiff's initial disclosures, which were originally due "no later than October 16, 2020." After consideration of the record, informal written submissions, and counsel's arguments during the telephone conference, the undersigned finds that there is an appropriate agreement on resolution of this dispute.

Plaintiff is respectfully advised that further delays in this matter, particularly regarding the production of relevant discovery, may lead to sanctions that could include dismissal of this lawsuit.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall complete and/or supplement its Initial Disclosures, and confirm to Defendant's counsel that it has done so, by **March 1, 2021**.

**SO ORDERED**.

Signed: February 23, 2021

David C. Keesler
United States Magistrate Judge