# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:19-CV-603-FDW-DCK

| | |
|---|---|
| **BERNINI HOLDINGS, LLC,** <br><br> Plaintiff, <br><br> V. <br><br> **RICKY L. ROBERTS,** <br><br> Defendant. | **DEFENDANT'S MOTION TO DISMISS** |

Ricky L. Roberts ("Mr. Roberts" or "Defendant"), pursuant to Rules 37 and 41(b) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint of Plaintiff, Bernini Holdings, LLC, due to discovery deficiencies and failure to prosecute. In support of this Motion, Defendant relies on the brief accompanying this Motion.

Wherefore, Defendant respectfully requests this Court dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted, this the 21st day of April 2021.

**REGENT LAW**

 /s/ Colin R. Stockton
Colin R. Stockton
NC State Bar No. 34305
1515 Mockingbird Lane, Suite 4115
Charlotte, North Carolina 28209
Telephone:  (704) 315-2691
Facsimile:   (833) 299-8424

**ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

      This is to certify that on this date I electronically filed the foregoing DEFENDANT'S MOTION TO DISMISS with the Clerk of Court using the CM/ECF systems, which will automatically serve the following:

> Bradley E. Pearce
> 101 N. Tryon Street, Suite 112
> Charlotte, NC 28246
> brad@bepearcelaw.com
> *Attorney for Plaintiff*

Respectfully submitted this 21st day of April, 2021.

                              **REGENT LAW**

                              /s/ Colin R. Stockton
                              Colin R. Stockton
                              NC State Bar No. 34305
                              1515 Mockingbird Lane, Suite 4115
                              Charlotte, North Carolina 28209
                              Telephone:   (704) 315-2691
                              Facsimile:    (833) 299-8424

                              **ATTORNEYS FOR DEFENDANT**