UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:19-CV-603-FDW-DCK

**BERNINI HOLDINGS, LLC,**

               **Plaintiff,**

**V.**

**RICKY L. ROBERTS,**

               **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE THAT DEFENDANT DOES NOT INTEND TO FILE REPLY BRIEFS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      Defendant, Ricky L. Roberts ("Mr. Roberts") pursuant to LCvR 7.1(e) and other applicable authority, gives notice that he does not intend to file a Reply Brief in support of either of his "Motion to Dismiss" (Doc. 24), or "Motion for Summary Judgment" (Doc. 25).

      Mr. Roberts filed and electronically served the subject Motions – and accompanying materials – on April 21, 2021 (for Doc. 24) and April 30, 2021 (for Doc. 25), respectively. Plaintiff has not responded to either Motion, and the time for response has passed. LCvR 7.1(e). Accordingly, there is no document to which Mr. Roberts' can "reply."

      Accordingly, in compliance with LCvR 7.1(e), Mr. Roberts notifies the Court and Plaintiff's counsel that Defendant will not file a reply brief in support of either of the subject Motions. The Motion to Dismiss (Doc. 24) and the Motion for Summary Judgment (Doc. 25) appear to be ripe for ruling.

1

Respectfully submitted, this the 18th day of May 2021.

                        **REGENT LAW**

                        /s/ Colin R. Stockton
                        Colin R. Stockton, NC State Bar No. 34305
                        1515 Mockingbird Lane, Suite 4115
                        Charlotte, North Carolina 28209
                        Telephone:    (704) 315-2691
                        Facsimile:    (833) 299-8424

                        **ATTORNEYS FOR RICKY L. ROBERTS**

## CERTIFICATE OF SERVICE

    This is to certify that on this date I electronically filed the foregoing **NOTICE THAT DEFENDANT DOES NOT INTEND TO FILE REPLY BRIEFS** with the Clerk of Court using the CM/ECF systems, which will automatically serve the following:

    Bradley E. Pearce
    101 N. Tryon Street, Suite 112
    Charlotte, NC 28246
    brad@bepearcelaw.com
    *Attorney for Plaintiff*

Respectfully submitted this 18th day of May 2021.

                                      **REGENT LAW**

                                      /s/ Colin R. Stockton
                                      Colin R. Stockton, NC State Bar No. 34305
                                      1515 Mockingbird Lane, Suite 4115
                                      Charlotte, North Carolina 28209
                                      Telephone:    (704) 315-2691
                                      Facsimile:    (833) 299-8424

                                      **ATTORNEYS FOR RICKY L. ROBERTS**